



**Insured:**

Eileen Marcus

**Address:**

4818 York Street, Metairie, LA 70001

**Licensed Louisiana Claims Adjuster:**

Garrett Parker

**Licensed Louisiana Home Inspector:**

Greg Bunch

**Prepared For:**



USAA Confidential



EXHIBIT B



**CONTINUED - Labor Minimums Applied**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 85. Window treatment repair | 1.00 EA | | 0.00 | 119.65 | 0.00 | 23.94 | 143.59 |
| 86. Finish carpentry labor minimum | 1.00 EA | | 0.00 | 116.95 | 0.00 | 23.40 | 140.35 |
| 87. Finish hardware labor minimum | 1.00 EA | | 0.00 | 132.09 | 0.00 | 26.42 | 158.51 |
| 88. Heat, vent, & air cond. labor minimum | 1.00 EA | | 0.00 | 329.53 | 0.00 | 65.90 | 395.43 |
| 89. Insulation labor minimum | 1.00 EA | | 0.00 | 18.84 | 0.00 | 3.76 | 22.60 |
| Totals: Labor Minimums Applied | | | | | 0.00 | 143.42 | 860.48 |
| **Line Item Totals: EILEEN_MARCUS1** | | | | | 911.60 | 8,486.74 | 51,519.77 |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 1,009.77 | SF Walls | 269.22 | SF Ceiling | 1,278.98 | SF Walls and Ceiling |
| 257.24 | SF Floor | 28.58 | SY Flooring | 97.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 115.97 | LF Ceil. Perimeter |
| 257.24 | Floor Area | 295.13 | Total Area | 1,009.77 | Interior Wall Area |
| 3,180.39 | Exterior Wall Area | 114.83 | Exterior Perimeter of Walls | | |
| 2,058.89 | Surface Area | 20.59 | Number of Squares | 369.78 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 44,499.72 | 86.37% | 44,499.72 | 86.37% |
| Other Structures | 5,443.94 | 10.57% | 5,443.94 | 10.57% |
| Contents | 1,576.11 | 3.06% | 1,576.11 | 3.06% |
| Total | 51,519.77 | 100.00% | 51,519.77 | 100.00% |

0901119cb43727cc                            USAA Confidential